UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOEY ROBERT RUIZ,<br><br>    Plaintiff,<br><br>    v.<br><br>CLAUDE F. FINN,<br><br>    Defendant. | Case No.  20-cv-09311-JCS<br><br>**ORDER OF TRANSFER** |

In this federal habeas action, petitioner challenges convictions he received in the Sacramento County Superior Court, which lies in the Eastern District.  Accordingly, this action is TRANSFERRED to the Eastern District of California, as that is the district of conviction.  28 U.S.C. §§ 1404(a), 2241(d); Habeas L.R. 2254-3(b).  The Clerk shall transfer this action forthwith.

**IT IS SO ORDERED.**

**Dated:**  April 13, 2021.

JOSEPH C. SPERO
United States Chief Magistrate Judge